United States District Court
Southern District of Texas
**ENTERED**
July 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL HARDMAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:25-MC-1251 |
| | § | |
| JOHN DOE, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## **ORDER**

Plaintiff's motion to proceed *in forma pauperis* (Dkt. 1) is respectfully **DENIED**. Plaintiff has not submitted his motion using the appropriate forms. The Court has attached copies of the appropriate forms to this order, and the forms can also be accessed at the following webpages:

**Application form:**

https://www.uscourts.gov/forms-rules/forms/application-proceed-district-court-without-prepaying-fees-or-costs-short-form

**Proposed order form:**

https://www.uscourts.gov/forms-rules/forms/order-proceed-without-prepaying-fees-or-costs

Plaintiff may resubmit his motion using the appropriate forms **on or before August 14, 2025**.

SIGNED at Houston, Texas on ____July 25,_____ 2025.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE